IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  4:14-cv-00226-HLM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT CERTIFICATE OF INTERESTED PERSONS

1.   The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For the Plaintiff:**  K.A.P.A. Management Inc. is privately held and has no parent corporation.

**For the Defendant:**   Chrysler Group LLC is indirectly wholly owned by Fiat North America LLC, who is wholly owned by Fiat Group Automobiles S.p.A., which is wholly owned by Fiat S.p.A., a publicly traded company in Italy.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For the Plaintiff:**  K.A.P.A. Management Inc. and V. Andrew Gill.

**For the Defendant:**  Chrysler Group LLC

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For the Plaintiff:**

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161

Richard N. Sox, Esq.
Jason T. Allen, Esq.
Nicholas A. Bader, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308

**For the Defendant:**

Patricia R. Britton
Nelson Mullins Riley & Scarborough, L.L.P.
Atlantic Station, Suite 1700
201 17th Street, NW
Atlanta, GA  30363

Robert D. Cultice, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109

Submitted this 2nd day of October, 2014.

/s/ Christopher P. Twyman
Christopher P. Twyman, Esq.
Georgia Bar No. 720660
twyman@bellsouth.net
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
(706) 291-2002

**Attorney for Plaintiff K.A.P.A. Management Inc. dba Dallas Dodge Chrysler Jeep**

/s/ Patricia R. Britton
Patricia R. Britton
Georgia Bar No. 356340
patricia.britton@nelsonmullins.com
Nelson Mullins Riley & Scarborough L.L.P.
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

Robert D. Cultice, Esq. (Admitted *Pro Hac Vice*)
Massachusetts Bar No. 108200
Robert.Cultice@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6021

**Attorneys for Defendant Chrysler Group,  LLC**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2014, I electronically filed the foregoing JOINT CERTIFICATE OF INTERESTED PERSONS using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

                                                  /s/ Patricia R. Britton
                                                  Patricia R. Britton, Esq.