IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a ) <br> DALLAS DODGE CHRYSLER JEEP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRYSLER GROUP, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br> 4:14-cv-00226-HLM |

## JOINT CERTIFICATE OF INTERESTED PERSONS

1. The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For the Plaintiff:** K.A.P.A. Management Inc. is privately held and has no parent corporation.

**For the Defendant:** Chrysler Group LLC is indirectly wholly owned by Fiat North America LLC, who is wholly owned by Fiat Group Automobiles S.p.A., which is wholly owned by Fiat S.p.A., a publicly traded company in Italy.

1