IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP, <br><br> Plaintiff, <br><br> v. <br><br> CHRYSLER GROUP, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 4:14-cv-00226-HLM |

## CERTIFICATE OF SERVICE OF DISCOVERY TO PLAINTIFF

I hereby certify that on October 3, 2014, I served Chrysler Group, LLC'S, First Request for Production of Documents and First Set of Interrogatories to Plaintiff, K.A.P.A. Management, Inc. d/b/a Dallas Dodge Chrysler Jeep via e-mail and U.S. Mail, postage pre-paid to the following:

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
twyman@bellsouth.net

Submitted this 3${}^{rd}$ day of October, 2014.

/s/ Patricia R. Britton
Patricia R. Britton
Georgia Bar No. 356340
patricia.britton@nelsonmullins.com
Nelson Mullins Riley & Scarborough L.L.P.
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

Robert D. Cultice, Esq.
Massachusetts Bar no. 108200
Robert.Cultice@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6021

**Attorneys for Defendant Chrysler Group, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2014, I electronically filed the foregoing CERTIFICATE OF SERVICE OF DISCOVERY TO PLAINTIFF using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

/s/ Patricia R. Britton
Patricia R. Britton, Esq.