IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

K.A.P.A. MANAGEMENT, INC.,

    Plaintiff,

v.                                 CIVIL ACTION FILE NO.:
                                       4:14-CV-0226-HLM

CHRYSLER GROUP, LLC,

    Defendant.

## ORDER

This case is before the Court on the Parties' proposed Joint Preliminary Report and Discovery Plan [14].

Upon review of the information contained in the Preliminary Report and Discovery Plan form filed by the Parties [14], the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure

AO 72A
(Rev.8/8
2)

and the Local Rules of this Court, with the following modification: The Parties shall have six months to conduct fact discovery, to be followed by a two-month period for expert discovery.

IT IS SO ORDERED, this the 6th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

2