IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**K.A.P.A. MANAGEMENT INC. d/b/a**
**DALLAS DODGE CHRYSLER JEEP,**

    **Plaintiff,**                         CIVIL ACTION FILE

    v.                                NO. 4:14-CV-00226-HLM

**CHRYSLER GROUP, LLC,**

    **Defendant.**

### PLAINTIFF'S NOTICE OF SERVING DISCOVERY

Plaintiff, K.A.P.A. Management Inc., d/b/a Dallas Dodge Chrysler Jeep, gives notice of serving discovery requests including Plaintiff's First Set of Interrogatories, Plaintiff's First Request for Production and Plaintiff's First Request for Admissions this date upon Defendant, Chrysler Group, LLC, via electronic mail.

Dated:  October 14, 2014.

                                       /s/ Richard N. Sox
                                       Richard N. Sox, *pro hac vice*
                                       Jason T. Allen, *pro hac vice*
                                       Nicholas A. Bader, *pro hac vice*
                                       Bass Sox Mercer
                                       2822 Remington Green Circle
                                       Tallahassee, FL  32308
                                       (850) 878-6404 Office
                                       (850) 942-4869 Facsimile

and

/s/ Christopher P. Twyman
Christopher P. Twyman
Georgia Bar No. 720660
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
(706) 291-2002 Office
(706) 291-6242 Facsimile

*Attorneys for K.A.P.A. Management Inc.
d/b/a Dallas Dodge Chrysler Jeep*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the parties listed below via Electronic Mail on October 14, 2014:

| | |
|---|---|
| Robert D. Cultice, Esq.<br>Robert.Cultice@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109 | Patricia R. Britton<br>patricia.britton@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough L.L.P.<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363 |

/s/ Richard N. Sox