IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER GROUP, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>4:14-cv-00226-HLM |

## DEFENDANT'S CERTIFICATE OF SERVICE
## OF DISCOVERY RESPONSES

I hereby certify that on November 17, 2014, Chrysler Group, LLC'S, Response to Plaintiff's First Request for Production, Response to Plaintiff's First Set of Interrogatories and Response to Plaintiff's First Request for Admissions was served via e-mail to the following:

Richard N. Sox, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
rsox@dealerlawyer.com

and

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
twyman@bellsouth.net

Submitted this 17th day of November, 2014.

/s/ Patricia R. Britton
Patricia R. Britton
Georgia Bar No. 356340
patricia.britton@nelsonmullins.com
Nelson Mullins Riley & Scarborough L.L.P.
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

Robert D. Cultice, Esq.
Massachusetts Bar no. 108200
Robert.Cultice@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6021

**Attorneys for Defendant Chrysler Group, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2014, I electronically filed the foregoing DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

/s/ Patricia R. Britton
Patricia R. Britton, Esq.