IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER GROUP, LLC,<br><br>Defendant. | Civil Action File No.:<br>4:14-cv-00226-HLM |

## ORDER TO CHANGE NAME OF DEFENDANT

Defendant Chrysler Group LLC having changed its name to FCA US LLC, effective December 15, 2014; the Plaintiff having consented to entry of this order; and the Court being fully advised on the matter;

IT IS HEREBY ORDERED that:

(1) Effective December 15, 2014, Defendant previously known as Chrysler Group LLC is now known as FCA US LLC; and

(2) The name Chrysler Group LLC shall be changed to FCA US LLC on the docket for this case; and

(3) References in prior pleadings, orders, and other filings, documents and materials in this case to Chrysler Group LLC shall be deemed to refer to FCA US LLC.

SO ORDERED this 2nd day of February, 2015.

/s/ Harold L. Murphy
HONORABLE HAROLD L. MURPHY