IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a ) <br> DALLAS DODGE CHRYSLER JEEP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FCA US LLC, ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br> 4:14-cv-00226-HLM |

## DEFENDANT'S CERTIFICATE OF SERVICE
## OF DISCOVERY REQUESTS

I hereby certify that on February 5, 2015, defendant, FCA US LLC, served its Second Request for Production to Plaintiff via e-mail and U.S. Mail to the following:

Richard N. Sox, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
rsox@dealerlawyer.com
and

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
twyman@bellsouth.net

Submitted this 5th day of February, 2015.

/s/ *Patricia R. Britton*_____
Patricia R. Britton
Georgia Bar No. 356340
patricia.britton@nelsonmullins.com
**Nelson Mullins Riley & Scarborough L.L.P.**
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

and

Robert D. Cultice, Esq.
Massachusetts Bar no. 108200
Robert.Cultice@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr, LLP**
60 State Street
Boston, MA 02109
(617) 526-6021

*Attorneys for Defendant FCA US  LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2015, I electronically filed the foregoing DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

/s/ *Patricia R. Britton*
Patricia R. Britton, Esq.