IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP, <br><br> Plaintiff, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Civil Action File No.: <br> 4:14-cv-00226-HLM |

### AGREED ORDER TO EXTEND DISCOVERY PERIOD

IT IS HEREBY ORDERED that the October 6, 2014 scheduling order in this case is modified and extended as follows:

The fact discovery period is extended by 90 days, to be followed by a two-month period for expert discovery. Fact discovery shall be complete by July 6, 2015 and expert discovery shall be complete by September 7, 2015.

SO ORDERED this 6th day of March, 2015.

_____
HONORABLE HAROLD L. MURPHY

ActiveUS 142713946v.1