IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>4:14-cv-00226-HLM |

**DEFENDANT'S CERTIFICATE OF SERVICE
OF DISCOVERY RESPONSES**

I hereby certify that on April 13, 2015, FCA US LLC'S, Supplemental Response to Plaintiff's First Request for Admissions was served via e-mail to the following:

Richard N. Sox, Esq.
Jason T. Allen, Esq.
Nicholas A. Bader, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
rsox@dealerlawyer.com
jallen@dealerlawyer.com
nbader@dealerlawyer.com

and

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
twyman@bellsouth.net

Submitted this 13th day of April, 2015.

/s/ Patricia R. Britton
Patricia R. Britton
Georgia Bar No. 356340
patricia.britton@nelsonmullins.com
Nelson Mullins Riley & Scarborough L.L.P.
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050

Robert D. Cultice, Esq. (*Pro Hac Vice*)
Massachusetts Bar no. 108200
Robert.Cultice@wilmerhale.com
Caitlin Williams Monahan, Esq.  (*Pro Hac Vice*)
Caitlin.Monahan@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6021

**Attorneys for Defendant FCA US, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2015, I electronically filed the foregoing DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

/s/ Patricia R. Britton
Patricia R. Britton, Esq.