IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>4:14-cv-00226-HLM |

## DEFENDANT'S CERTIFICATE OF SERVICE
## OF DISCOVERY RESPONSES

I hereby certify that on May 18, 2015, FCA US, LLC'S, Response to Plaintiff's Second Request for Production, Response to Plaintiff's Second Set of Interrogatories and Response to Plaintiff's Second Request for Admissions was served via e-mail to the following:

Richard N. Sox, Esq.
Jason T. Allen, Esq.
Nicholas A. Bader, Esq.
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL  32308
rsox@dealerlawyer.com
jallen@dealerlawyer.com
nbader@dealerlawyer.com

and

Christopher P. Twyman, Esq.
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street Rome, GA 30161
twyman@bellsouth.net

        Submitted this 18th day of May, 2015.

        /s/ Patricia R. Britton
        Patricia R. Britton
        Georgia Bar No. 356340
        patricia.britton@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        Atlantic Station
        201 17th Street, NW / Suite 1700
        Atlanta, GA  30363
        PH: (404) 322-6000
        FX: (404) 322-6050

        Robert D. Cultice, Esq. (*Pro Hac Vice*)
        Robert.Cultice@wilmerhale.com
        Caitlin W. Monahan, Esq. (*Pro Hac Vice*)
        caitlin.monahan@wilmerhale.com
        Wilmer Cutler Pickering Hale and  Dorr, LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6021

        Attorneys for Defendant FCA US LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2015, I electronically filed the foregoing DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES using the Court's CM/ECF system which will automatically generate a Notice of Electronic Filing to all counsel of record.

/s/ Patricia R. Britton
Patricia R. Britton, Esq.