IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Civil Action File No.:<br><br>4:14-cv-00226-HLM |

## SECOND AGREED ORDER TO EXTEND DISCOVERY PERIOD

On March 6, 2015, this Court entered an Agreed Order to Extend Discovery Period [30] which modified and extended the October 6, 2014 Scheduling Order [16]. The Court's March 6, 2015 Order [30] provided for a fact discovery period ending July 6, 2015 and an expert discovery period ending September 7, 2015.

The Parties now jointly move the Court for a second extension of the fact discovery and expert discovery periods. For good cause shown,

IT IS HEREBY ORDERED that the October 6, 2014 Scheduling Order [16] and the March 6, 2015 Agreed Order Extending Discovery Period [30] is modified and extended as follows:

1

The fact discovery period is extended by 30 days, to be followed by a 30 day extension for expert discovery. Fact discovery shall be complete by August 5, 2015 and expert discovery shall be complete by October 7, 2015.

SO ORDERED this 8th day of June, 2015.

HON. HAROLD L. MURPHY
UNITED STATES DISTRICT JUDGE