# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| K.A.P.A. MANAGEMENT INC. d/b/a DALLAS DODGE CHRYSLER JEEP,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC,<br><br>    Defendant. | Civil Action File No.<br><br>4:14-CV-00226-HLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

PLEASE TAKE NOTICE that Plaintiff, K.A.P.A. Management Inc. d/b/a Dallas Dodge Chrysler Jeep, and Defendant, FCA US LLC f/k/a Chrysler Group LLC, being all parties that have appeared in this action, hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-entitled action shall be dismissed with prejudice and without costs, including attorneys' fees, to either party.

ActiveUS 147026362v.1

Dated: August 18, 2015

K.A.P.A. MANAGEMENT, INC. d/b/a DALLAS DODGE CHRYSLER JEEP

_____

Richard N. Sox, Esq. (*pro hac vice*)
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, FL 32308
 (850) 878-6404
rsox@dealerlawyer.com


/s/ Christopher P. Twyman, Esq.

Christopher P. Twyman, Esq.
Georgia Bar No. 720660
Cox, Byington, Brumlow & Twyman, LLP
711 Broad Street
Rome, GA 30161
 (706) 291-2002
twyman@bellsouth.net



FCA US LLC f/k/a CHRYSLER GROUP LLC
By Its Attorneys,

_____
Patricia R. Britton, Esq.
Georgia Bar No. 356340
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
patricia.britton@nelsonmullins.com

2

/s/ *Robert D. Cultice*
Robert D. Cultice, Esq. (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6021
robert.cultice@wilmerhale.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28th, 2015, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS using the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing to all counsel of record.

*/s/ Pati R. Butt*